THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BAILEY-MEDWELL, f/k/a LEA CAROL EADS BAILEY,<br><br>      Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,<br><br>      Defendant. | Case No. 2:17-cv-01697-MJP<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>November 17, 2017 |

   Plaintiff Carol Bailey-Medwell and Defendant Hartford Life and Accident Insurance Company ("Hartford") stipulate and respectfully ask the Court to extend the deadline for Hartford to file responsive documents to the complaint to December 8, 2017.

   DATED: November 17, 2017

                  LAW OFFICE OF ROBERT B. GOULD


                  By *s/ Robert B. Gould*
                     Robert B. Gould, WSBA No. 4353
                     rbgould@nwlegalmal.com
                     Attorney for Plaintiff

STIPULATED MOTION TO EXTEND DEADLINE TO
RESPOND TO THE COMPLAINT
CASE NO. 2:17-CV-01697-MJP - 1

073000.1596/7134774.1

LANE POWELL PC

By  *s/ D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
reillym@lanepowell.com

DENTONS US LLP

By  *s/ Anna Shiran Youssefi*
Douglas A. Scullion, *Pro Hac Vice*
doug.scullion@dentons.com
Anna Shiran Youssefi, *Pro Hac Vice*
anna.youssefi@dentons.com

Attorneys for Defendant Hartford Life and Accident Insurance Company

## **ORDER**

IT IS SO ORDERED. The Court GRANTS the stipulated motion and ORDERS that the deadline for Hartford Life and Accident Insurance Company to file responsive documents to the complaint is EXTENDED to December 8, 2017.

DATED this 21st day of November, 2017.

Marsha J. Pechman
United States District Judge