UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BAILEY-MEDWELL, f/k/a LEA CAROL EADS BAILEY,<br><br>                    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a foreign corporation,<br><br>                    Defendant. | Case No. 2:17-cv-01697-MJP<br><br>**STIPULATION AND ORDER GRANTING MODIFIED BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

Plaintiff Carol Bailey-Medwell ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford") wish to file cross motions for summary judgment, and in an effort to avoid duplication among the briefs, and in accordance with Local Civil Rule 7(k), the parties though their attorneys of record stipulate to and request that the Court approve the following proposed briefing schedule:

1.    Deadline for Plaintiff to file her motion for summary judgment and all supporting materials: **May 21, 2018**;

2.    Deadline for Defendant to file its opposition and cross motion for summary judgment with all supporting materials: **June 8, 2018**;

3.    Deadline for Plaintiff to file her response: **June 25, 2018**;

4.    Deadline for Defendant to file its response: **July 9, 2018**.

ORDER GRANTING MODIFIED BRIEFING SCHEDULE

- 1 -

The parties' cross-motions for summary judgment would be noticed for **July 13, 2018**.

The parties hereby request the Court enter the proposed Order submitted with this stipulation without further notice or presentation.

IT IS SO STIPULATED:

DATED: May 11, 2018  LANE POWELL PC

By   /s/ *D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
Lane Powell PC
P1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Phone: (206) 233-7000
Email: reillym@lanepowell.com
Co-Counsel for Defendant

DATED: May 11, 2018  DENTONS US LLP

By:   /s/*Douglas A. Scullion*
Douglas A. Scullion, CA Bar No. 215339
Anna Shiran Youssefi, CA Bar No. 260911
Dentons U.S. LLP
1999 Harrison Street, Suite 1300
Oakland, CA 94612-4709
Phone: (415) 882-0361
Email: douglas.scullion@dentons.com
Email: anna.youssefi@dentons.com
Co-Counsel (Pro Hac Vice) for Defendant

DATED: May 11, 2018  LAW OFFICE OF ROBERT B. GOULD

By   /s/*Robert B. Gould*
Robert B. Gould, WSBA No. 4353
Law Offices of Robert B. Gould
P.O. Box 6227
Edmond, WA 98026
Phone (206) 633-4442
Email: rbgould@nwlegalmal.com
Counsel for Plaintiff

ORDER GRANTING MODIFIED BRIEFING SCHEDULE

- 2 -

## **ORDER**

Based on the foregoing Stipulation, and for good cause appearing, IT IS SO ORDERED.

Dated: May 14, 2018

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER GRANTING MODIFIED BRIEFING SCHEDULE