17-1697UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BAILEY-MEDWELL, | CASE NO. C17-1697-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment (Dkt. No. 24) and its Objections to Evidence Submitted in Support of Plaintiff's Motion for Summary Judgment, which effectively seek to strike certain portions of Plaintiff's Motion. (Dkt. No. 24, Ex. 1.)

Under Local Rule 7(g), "[r]equests to strike material contained in or attached to submissions of opposing parties shall not be presented in a separate motion to strike, but shall

instead be included in the responsive brief, and will be considered with the underlying motion." LCR 7(g). To the extent that Defendant seeks to have its objections considered by the Court, it must include them in its responsive brief. Therefore, Defendant is directed to re-file its Opposition and Cross-Motion no later than June 14, 2018.

The noting date and all other dates set forth in the modified briefing schedule (Dkt. No. 17) shall remain in place.

The clerk is ordered to provide copies of this order to all counsel.

Filed June 11, 2018.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk