UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL BAILEY-MEDWELL, | CASE NO. C17-1697-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of the Parties' Joint Stipulation Requesting a Trial Continuance. (Dkt. No. 35.) The Court anticipates ruling on the Cross-Motions for Summary Judgment by October 24, 2018. While the December 3, 2018 trial date shall remain in effect, the deadline for any Motions in Limine is hereby extended until 14 days after the Court issues its ruling on the Cross-Motions for Summary Judgment.

The clerk is ordered to provide copies of this order to all counsel.

Filed October 9, 2018.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk